# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STATE FARM FIRE AND CASUALTY COMPANY,** : | CIVIL ACTION NO. 1:17-CV-380 |
| : | |
| : | **(Chief Judge Conner)** |
| **Plaintiff** : | |
| : | |
| v. : | |
| : | |
| **EVAN DISSINGER, KELLI L. DISSINGER, and RICHARD S. DISSINGER,** : | |
| : | |
| **Defendants** : | |

## ORDER & CONSENT JUDGMENT

AND NOW, this 9th day of May, 2017, upon consideration of the complaint (Doc. 1) for declaratory judgment filed March 1, 2017 by plaintiff State Farm Fire and Casualty Company ("State Farm"), wherein State Farm requests declaratory judgment concerning a homeowners' insurance policy issued to *pro se* defendants Kelli L. Dissinger and Richard S. Dissinger ("the policyholders"), and specifically requests the court to declare that State Farm has no duty to defend or indemnify *pro se* defendant Evan Dissinger ("Dissinger"), the policyholders' son and resident relative of the household insured under the State Farm policy, in a separate civil action presently pending in the Lebanon County Court of Common Pleas under the caption M.R. v. Daniel Sowers, et al., No. 2016-1761, and further upon consideration of the stipulation (Doc. 8) filed by State Farm on April 20, 2017, wherein State Farm indicates that all parties *sub judice* have agreed to what purports to be a stipulated consent judgment declaring that State Farm has no duty to defend or indemnify defendant Dissinger in the state court matter, which stipulation also purports to

bear the signature of all defendants, and, upon order of this court, (Doc. 9), all *pro se* defendants having separately confirmed their concurrence in the stipulation, it is hereby ORDERED that:

1. State Farm's stipulation (Doc. 8), having been construed by the court as a stipulated consent judgment, (see Doc. 9), is APPROVED.

2. Declaratory judgment is ENTERED in favor of State Farm and against the defendants insofar as it is DECLARED that State Farm does not have a duty to defend or indemnify defendant Evan Dissinger for the complaint in the matter of M.R. v. Daniel Sowers, No. 2016-01761, in the Lebanon County Court of Common Pleas, or for any claim arising out of the incident described in that action.

3. The Clerk of Court is directed to CLOSE this case.

    /S/ CHRISTOPHER C. CONNER
    Christopher C. Conner, Chief Judge
    United States District Court
    Middle District of Pennsylvania